UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOHNNIE BURKETT,

        Plaintiff,               Case No. 1:25-cv-439

v.                                       Honorable Phillip J. Green

JAMES SCHIEBER, et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Defendants Schieber, McLaughlin, and Unknown Party #1 are **DROPPED AS MISJOINED** and the claims against them are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's action against Defendants Carraillo and Fricke is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  May 19, 2025                     /s/ Phillip J. Green
                                                    PHILLIP J. GREEN
                                                    United States Magistrate Judge